Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JOY SUITER**, | ) Case No. CV-10-3108-EFS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
|     vs. | ) |
| | ) |
| **J. A. CAMBECE LAW OFFICE, PC,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th day of January, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

1   NOTICE OF SETTLEMENT                          WEISBERG & MEYERS, LLC
                                                 3877 N. Deer Lake Rd.
                                                 Loon Lake ,WA 99148
                                                 509-232-1882
                                                 866-565-1327 facsimile
                                                 jrobbins@AttorneysForConsumers.com

Filed electronically on this 6th day of January, 2011, with:

United States District Court CM/ECF system

By: s/Jessica DeCandia
 Jessica DeCandia

2  NOTICE OF SETTLEMENT

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com