UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOY SUITER,<br><br>              Plaintiff,<br><br>      v.<br><br>J.A. CAMBECE LAW OFFICE, PC,<br><br>              Defendant. | No. CV-10-3108-EFS<br><br>**ORDER CLOSING FILE** |

On January 6, 2011, Plaintiff Joy Suiter filed a notice advising that all claims have been settled. (ECF No. 3.) Accordingly, **IT IS HEREBY ORDERED**: this file is **CLOSED**, subject to reopening upon good cause shown. Settlement documents may be filed without moving to reopen the file.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this ____8th____ day of January 2011.


                            s/ Edward F. Shea
                              EDWARD F. SHEA
                  UNITED STATES DISTRICT JUDGE

Q:\Civil\2010\3108.close.file.frm

ORDER CLOSING FILE - 1