Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JOY SUITER**, | ) Case No. CV-10-3108-EFS |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **J. A. CAMBECE LAW OFFICE, PC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Untied States District Court for the Eastern District of Washington Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 2nd day of February, 2011.

                        s/Jon N. Robbins
                        Jon N. Robbins
                        WEISBERG & MEYERS, LLC

1    NOTICE OF DISMISSAL                                           WEISBERG & MEYERS, LLC
                                                                                        3877 N. Deer Lake Rd.
                                                                                        Loon Lake ,WA 99148
                                                                                        509-232-1882
                                                                                        866-565-1327 facsimile
                                                                                        jrobbins@AttorneysForConsumers.com

Filed electronically on this 2nd day of February, 2011, with:

United States District Court CM/ECF system

By: s/ Jessica DeCandia
      Jessica DeCandia

2   NOTICE OF DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com